UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KEITH MCQUILLIAMS, an individual,

Plaintiff,

v.

GREGORY I'AMANU, an individual.

Defendants.

No.

COMPLAINT AND JURY DEMAND

## I.    NATURE OF THE CASE

1.1    Washington State Patrol Trooper Gregory I'Amanu was FaceTiming his friend when he pulled Plaintiff Keith McQuilliams over for a traffic violation.  Trooper I'Amanu violated Washington State Patrol policy when he pulled to the side of Mr. McQuilliams's car at a diagonal angle.  Trooper I'Amanu violated Mr. McQuilliams's constitutional rights when he shot Mr. McQuilliams twice, without warning, and as Mr. McQuilliams drove away from him.

1.2    Mr. McQuilliams was seriously injured but survived. He brings this lawsuit for damages for Trooper I'Amanu's unreasonable use of deadly force in violation of the Fourth Amendment and other law.

## II.    PARTIES

2.1    Plaintiff Keith McQuilliams is an individual person. At the time this cause of action arose, Mr. McQuilliams was a resident of Auburn, Washington, in King County.  He now resides in California.

2.2    Defendant Gregory I'Amanu was at the time this cause of action arose a Washington State Trooper acting color of state law.

COMPLAINT AND JURY DEMAND- 1.

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

### III. JURISDICTION AND VENUE

2.3     This Court has jurisdiction over plaintiff's federal claims set out below pursuant to 28 U.S.C. §§ 1331 and 1343, as well as 42 U.S.C. § 1983.

2.4     Venue is appropriate in the Western District of Washington pursuant to 28 U.S.C. § 1391 because the events and claims alleged here occurred within this District.

### III.    FACTS

3.1     On or about August 24, 2022, Plaintiff Keith McQuilliams purchased a blue 2004 Mazda Protégé via private sale. The car did not have license plates on the front or rear bumper.

3.2     At around 7:57pm that day, Mr. McQuilliams was stopped at a traffic light in his newly purchased car on Enchanted Parkway South (also known as Highway 161) in Federal Way.

3.3     Defendant Gregory I'Amanu, was on duty as a Washington State Patrol Trooper.

3.4     Trooper I'Amanu was a rookie Trooper. He completed the Basic Law Enforcement Academy and Field Training Program on May 18, 2022. Six days before this incident, Trooper I'Amanu received his first quarterly evaluation on August 18, 2022.

3.5     Trooper I'Amanu was behind Mr. McQuilliams in his patrol car, FaceTiming with a man named Henry Asuemu on his personal cell phone.

3.3     Part of the FaceTime conversation was picked up and recorded by Trooper I'Amanu's dash camera.  According to the "Outside Agency Independent Force Investigation Team Officer Involved Shooting" report, the conversation ended with the following exchange:

| | |
|---|---|
| Mr. Asuemu: | Watchu bout to do? |
| Trooper: | Pull this guy over. |
| Mr. Asuemu: | Oh, you're about to pull him over right now? |
| Trooper: | Yeah.  [indiscernible] … next to me he has no seat belt and no tabs for his car. |
| Mr. Asuemu: | Damn you can do that shit? |
| Trooper: | Yeah |
| Mr. Asuemu: | Whoop Whoop [indiscernible/foreign language] [laughs]. |

COMPLAINT AND JURY DEMAND- 2.

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

3.4    Trooper I'Amanu changed his route and turned on his lights to follow Mr. McQuilliams along Highway 161.

3.6    Mr. McQuilliams was confused. He was driving the speed limit. He had used his turn signals. He did not know why the Trooper pulled behind him.

3.5    Mr. McQuilliams continued to drive the speed limit and went westbound on Highway 161 and turned left onto South 348th Street, Federal Way, WA 98003. Mr. McQuilliams drove down to the next light, and turned right on Southbound Highway 99/Pacific Highway South. He drove the speed limit and used his turn signals during the entire encounter.

3.7    Mr. McQuilliams made a u-turn and went eastbound on South 348th Street. He drove the speed limit and then went southbound on Enchanted Parkway South.

3.8    The total time before Mr. McQuilliams pulled over was approximately two minutes.

3.9    As Mr. McQuilliams began to slow down and pull to the right shoulder of the road, Trooper I'Amanu sped up to the front left side of Mr. McQuilliams's car, and cut him off.

3.10    Trooper I'Amanu parked his car at a diagonal angle, partially perpendicular to the front, left corner of the front of Mr. McQuilliams's car.

3.11    Trooper I'Amanu did not give any commands. Mr. McQuilliams was scared. His windows were rolled down. He put his hands on the steering wheel. He did not have any weapons. in the car.

3.12    As Trooper I'Amanu exited his car, Mr. McQuilliams started reversing his car away from Trooper I'Amanu and his patrol car. Mr. McQuilliams then made a U-turn away from Trooper I'Amanu, to drive northbound on Highway 161.

3.13    Without warning, Trooper I'Amanu fired two shots at Mr. McQuilliams.

3.14    The first gunshot went through the windshield of Mr. McQuilliams's car. This bullet struck Mr. McQuilliams in the chest and tore through his lung.

///

///

COMPLAINT AND JURY DEMAND- 3.

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

3.15    The second gunshot entered the passenger side door of Mr. McQuilliams's car. This bullet entered Mr. McQuilliams's pelvis and ripped through his intestines and colon:



3.16    The ballistics trajectory confirms that Mr. McQuilliams was driving away from Trooper I'Amanu when Trooper I'Amanu fired the first and second shots.

3.17    Mr. McQuilliams's car came to a stop just past the intersection of Highway 161 and SE 352nd Street.

3.18    Mr. McQuilliams was bleeding from both gunshot wounds and struggled to breathe. He felt extreme pain in his upper chest. He was moaning in pain. He told law enforcement who attended to him, "I can't breathe."

3.19    Mr. McQuilliams presented to Harborview Medical Center for emergency medical treatment. He underwent numerous surgeries to stop the internal bleeding. Mr. McQuilliams had multiple life-saving procedures because of the blood in his lungs, and his collapsed lung. He miraculously survived.

3.20    Since the incident, Mr. McQuilliams has sought and continues to seek medical and mental health treatment for his injuries.

3.21    As a result of Defendant's actions, Mr. McQuilliams has suffered scarring and disabilities that are likely permanent and will require future health care.  He has also ability to enjoy life and to maintain sobriety as a result of these injuries and treatment.

COMPLAINT AND JURY DEMAND- 4.

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

## IV.  CLAIM

4.1    Plaintiff realleges and incorporates by reference each allegation set forth above.

4.2    Defendant I'Amanu violated Keith McQuilliams's right to be free from excessive force under the Fourth Amendment. Defendant I'Amanu shot Mr. McQuilliams, twice, as he drove away. Defendant I'Amanu was not justified in using deadly force.

4.3    The conduct and failures of Defendant I'Amanu caused Keith McQuilliams to be deprived of his civil rights protected by the Fourth Amendment of the United States Constitution and caused Keith McQuilliams to suffer physical injuries, emotional distress, pain and suffering and economic and general damages in an amount to be proved at the time of trial.  Defendant I'Amanu acted in deliberate or reckless disregard of Keith McQuilliams's constitutionally protected rights, justifying an award of punitive as well as compensatory damages

4.4    Plaintiff is also entitled to recover its reasonable attorney fees and costs incurred in bringing this suit.

## V.   REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests relief against Defendant as follows:

5.1    Trial to a jury;

5.2    Compensatory damages to the extent allowed by law.

5.3    Punitive damages.

5.4    Attorneys' fees and costs pursuant to 42 U.S.C. § 1988 and other applicable law; and

5.5    Such other relief and damages as the Court deems just and equitable.

///

///

///

///

///

COMPLAINT AND JURY DEMAND- 5.

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

Respectfully submitted,

DATED this <u>1st</u> day of <u>August</u>, 2025.

**MacDONALD HOAGUE & BAYLESS**          **MacDONALD HOAGUE & BAYLESS**


By:  */s/ Lauren I. Freidenberg-McBride*          By: /s/ *Tim Ford*
Lauren I. Freidenberg-McBride, WSBA #59145          Timothy K. Ford, WSBA #5986
LaurenF@mhb.com          TimF@mhb.com

***Attorney for Plaintiff***          ***Attorney for Plaintiff***

COMPLAINT AND JURY DEMAND- 6.

**MacDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961